UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CR. No.04-10075-T |
| vs. ) | |
| ) | |
| **MELVIN STEWART III** ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Melvin Stewart III, DOB 1/16/74, TOMIS ID 00259275, now being detained at the Northwest Correctional Complex, Tiptonville, Tennessee, appear before Magistrate Thomas Anderson on the 20th day of MAY (2:00 P.M.) 2005 for an Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 13th day of April, 2005.

JERRY R. KITCHEN
Assistant U.S. Attorney

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Northwest Correctional Complex, Tiptonville, Tennessee

YOU ARE HEREBY COMMANDED to have Melvin Stewart III appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 15th day of April, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:04-CR-10075 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT