IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

VS.                                    Cr. No. 1:04-10075-01-T

MELVIN STEWART, III


### ORDER OF DISMISSAL

Upon motion of the United States Attorney and for good cause shown, it is,

ORDERED that the indictment in this case, as to the defendant, Melvin Stewart, III, be and is hereby dismissed.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 10 August 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/11/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:04-CR-10075 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT